UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED MP TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASS INTEGRATED SYSTEMS, INC. )<br>)<br>Defendant. )<br>) | Civil Action No.: 14-CV-13891-LTS |

## RECEIVER'S STATUS REPORT

As set forth in the letter from the Internal Revenue Service ("IRS") dated March 26, 2015 attached hereto as Exhibit A, the IRS does not claim a lien on Mass Integrated Systems, Inc.'s assets.

Dated: March 27, 2015

                                                        Respectfully submitted,

                                                        FRANCIS C. MORRISSEY,
                                                        RECEIVER

                                                        /s/ Francis. C. Morrissey
                                                        Francis C. Morrissey (BBO No. 567589)
                                                        Morrissey, Wilson, & Zafiropoulos, LLP
                                                        35 Braintree Hill Office Park, Suite 404
                                                        Braintree, Massachusetts 02184
                                                        Telephone: (781) 353-5501
                                                        Facsimile: (781) 356-5546
                                                        Email: fcm@mwzllp.com

## CERTIFICATE OF SERVICE

I, Francis C. Morrissey, hereby certify that on March 27, 2015, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Francis C. Morrissey

# EXHIBIT A



**FACSIMILE COVER SHEET**

**INTERNAL REVENUE SERVICE**
**SB/SE**
**INSOLVENCY UNIT III**

JFK BLDG, STOP 20800
BOSTON, MA  02203

JULIE SWEENEY
BANKRUPTCY SPECIALIST

Date: March 26, 2015

(617) 316-2645
(617) 316-2605 FAX

TO: Francis Morrissey, Esq.
OFFICE: Morrissey, Wilson & Zafiropoulos, LLP
PHONE: 781-353-5500
FAX:  781-356-5546

PAGES TO FOLLOW: 2

RE:  Mass Integrated Systems, Inc.
     Case Number: 1:14-cv-13891-ADB

As pursuant to our telephone conversation of today, there are no outstanding Notices of Federal Tax Lien for this entity.

Please be advised, that the Notices of Federal Tax Lien filed on Eric L & Susan E Primack were released. I have enclosed lien facsimiles of the releases.

Should you have any questions, please contact me at the number shown above.

Thank you,

Julia Sweeney
Bankruptcy Specialist
Insolvency Unit III  Boston